UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CR 25-319 LMP/EMB

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **INDICTMENT** |
| Plaintiff, | ) | 18 U.S.C. § 924(c)(1)(A) |
| | ) | 18 U.S.C. § 1951(a) |
| v. | ) | 21 U.S.C. § 853 |
| | ) | 28 U.S.C. § 2461(c) |
| ERIC MAURICE HOLLIDAY, | ) | |
| Defendant. | ) | |

THE UNITED STATES GRAND JURY CHARGES THAT:

**COUNT 1**
(Carrying a Firearm During and In Relation to a Drug Trafficking Crime and a Crime of Violence)

On or about April 19, 2024, in the State and District of Minnesota, the defendant,

**ERIC MAURICE HOLLIDAY**

during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, conspiracy to distribute marijuana; and during and in relation to a crime of violence for which he may be prosecuted in a court in the United States, that is, aiding and abetting Hobbs Act robbery, as charged in Count 2 of this Superseding Indictment, did knowingly use and carry a firearm in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

SCANNED
AUG 26 2025
U.S. DISTRICT COURT MPLS

**COUNT 2**

(Aiding and Abetting Interference with Commerce by Robbery)

On or about April 19, 2024, in the State and District of Minnesota, the defendant,

**ERIC MAURICE HOLLIDAY,**

aiding and abetting and being aided and abetted by others known and unknown to the grand jury, did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, in that the defendant and others did unlawfully take and obtain personal property consisting of one approximately twenty-two-pound package containing marijuana from an employee of United Parcel Service, Inc., against the employee's will by means of actual and threatened force, violence, and fear of injury, immediate and future, to the employee's person, that is, by forcibly taking the package from the employee while carrying a firearm; all in violation of Title 18, United States Code, Sections 2 and 1951(a).

## COUNT 3
(Hobbs Act Conspiracy)

On or about April 19, 2024, in the State and District of Minnesota, the defendant,

**ERIC MAURICE HOLLIDAY,**

together with others known and unknown to the grand jury, did unlawfully conspire to obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, in that the defendant did unlawfully conspire to take and obtain personal property consisting of one approximately twenty-two-pound package containing marijuana from an employee of United Parcel Service, Inc., against the employee's will by means of actual and threatened force, violence, and fear of injury, immediate and future, to the employee's person, that is, by forcibly taking the package from the employee while carrying a firearm; all in violation of Title 18, United States Code, Section 1951(a).

## FORFEITURE ALLEGATIONS

If convicted of any of Count 1 of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), in conjunction with Title 28, United States Code, Section 2461(c),

any firearms, ammunition, and accessories involved in or used in connection with such violation.

If convicted of either Count 2 or Count 3 of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), as incorporated by Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the violation alleged in Count 2 or Count 3.

A TRUE BILL

| | |
|---|---|
| ACTING UNITED STATES ATTORNEY | FOREPERSON |