AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Minnesota

United States of America
v.
Eric Maurice Holliday (1)

*Defendant*

Case No. CR 25-319 LMP/EMB

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Eric Maurice Holliday, who is accused of an offense or violation based on the following document filed with the court:

✓ Indictment
Superseding Indictment
Information
Superseding Information
Complaint
Probation Violation Petition
Supervised Release Violation Petition
Violation Notice
Order of the Court
Pretrial Release Violation Petition

This offense is briefly described as follows:

Count 1: Carrying a Firearm During and In Relation to a Drug Trafficking Crime and a Crime of Violence, 18:924(c)(1)(A)(i)
Count 2: Aiding and Abetting Interference with Commerce by Robbery, 18:2 and 1951(a)
Count 3: Hobbs Act Conspiracy, 18:1951(a)

Date: 08/26/2025

City and state: Minneapolis, MN

[Seal: U.S. DISTRICT COURT, DISTRICT OF MINNESOTA]

Kate M. Fogarty (signature)
*Issuing officer's signature*

Kate M. Fogarty, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* ____________, and the person was arrested on *(date)* ____________ at *(city and state)* ____________.

Date: ____________

____________
*Arresting officer's signature*

____________
*Printed name and title*

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

***(Not for Public Disclosure)***

Name of defendant/offender: ________________

Known aliases: ________________

Last known residence: ________________

Prior addresses to which defendant/offender may still have ties: ________________

Last known employment: ________________

Last known telephone numbers: ________________

Place of birth: ________________

Date of birth: ________________

Social Security number: ________________

Height: ________________ Weight: ________________

Sex: ________________ Race: ________________

Hair: ________________ Eyes: ________________

Scars, tattoos, other distinguishing marks: ________________

History of violence, weapons, drug use: ________________

Known family, friends, and other associates *(name, relation, address, phone number)*: ________________

FBI number: ________________

Complete description of auto: ________________

Investigative agency and address: ________________

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: ________________

Date of last contact with pretrial services or probation officer *(if applicable)*: ________________